■ In the Matter of HELEN D. THOMS and Another. JANET T. INGERSOLL, Appellant; SECURITY TRUST CO. OF ROCHESTER, Respondent.— Order unanimously modified by striking appointment of guardian ad litem, and as so modified affirmed, with costs to all parties filing briefs, payable out of the fund. Memorandum: Under CPLR 1201, 1202 the appointment of a guardian ad litem should await the application of the persons entitled to move for the appointment of the guardian ad litem, and be made after due consideration of any recommendation,

in the absence of a showing that if such procedure were followed it would constitute a danger to the infants' interests (see *Matter of Beyer,* 21 A D 2d 152, 155; *Matter of Leggett,* 25 A D 2d 727). No such showing is made here. (Appeal from order of Monroe Special Term granting motions to join parties and for other relief.) Present — Goldman, P. J., Marsh, Witmer, Moule and Henry, JJ.